ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Meltech Corporation, Inc. | ) ASBCA Nos. 62641, 62643 |
| | ) |
| Under Contract No. W912DR-14-D-0021 | ) |

APPEARANCES FOR THE APPELLANT:    Leonard A. Sacks, Esq.
Leonard A. Sacks & Associates, P.C.
Rockville, MD

Fred A. Mendicino, Esq.
Jonathan R. Neri, Esq.
Faughnan Mendicino PLLC
Dulles, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Adam J. Kwiatkowski, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 26, 2023

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62641, 62643, Appeals of Meltech Corporation, Inc., rendered in conformance with the Board's Charter.

Dated:  September 26, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals